# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | **CRIMINAL NO. 1:06-CR-0199-21** |
| : | |
| **v.** : | **(Judge Conner)** |
| : | |
| **HILARIA ESPINOSA-FUERTE** : | |

## **ORDER**

AND NOW, this 17th day of March, 2009, upon consideration of defendant's letter (Doc. 997) requesting to terminate William J. Fulton, Esquire ("Attorney Fulton") as defendant's retained counsel, and of Attorney Fulton's response thereto (Doc. 1011), stating that, after a conference with counsel, defendant has executed a plea agreement and that the differences between counsel and defendant have been resolved, it is hereby ORDERED that defendant's letter (Doc. 997) is CONSTRUED as a motion to terminate counsel and is DENIED as moot as so construed.

   S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge